

# NUMBER 13-21-00089-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF N.J.T., A JUVENILE

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

## ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

This matter is before the Court on appellee's unopposed motion for extension of time to file a brief. This appeal arises from an order waiving the juvenile court's exclusive jurisdiction and transferring the case to criminal district court. Appellant, N.J.T., filed his brief on August 5, 2021, making appellee's, the State of Texas, brief due on August 25, 2021. Appellee requests an additional thirty-one (31) days to file its brief and seeks leave of court to file it by September 25, 2021. The appellee asserts four potential causes for delay necessitating the need for additional time to prepare appellee's brief. Appeals of an

order under Texas Family Code § 54.02 certifying a juvenile to stand trial as an adult are governed by the rules of appellate procedure applicable to accelerated appeals. *See* TEX. FAM. CODE ANN. §§ 54.02; 56.01(c)(1)(A), (h-1); TEX. R. APP. P. 28.1; Supreme Court Order of August 28, 2015, Misc. Docket No. 15-9156.

Appellate courts are directed to ensure "so far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See id*. Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we grant in part and deny in part appellee's motion for extension of time and order appellee's brief to be filed on or before Tuesday, September 7, 2021. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of August, 2021.